**Christopher K. SCHLOSSER,**
**Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

No. 2005–7199.

United States Court of Appeals,
Federal Circuit.

March 27, 2008.

## *ORDER*

Upon consideration of Christopher K. Schlosser's unopposed motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.